dividual defendants in contempt for violation of preliminary injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925. Rehearing denied December 21, 1925.

Ninian H. Welch, Charles W. Hadley and Clarence N. Boord, for appellant. West & Eckhart, for appellee; William L. Bourland, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Standard Trust & Savings Bank, appellant, v. William N. Armstrong and Caroline E. Armstrong, appellees. Gen. No. 30,058.

Bill in aid of execution to set aside alleged fraudulent conveyances. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Fitch, J., dissenting. Opinion filed December 8, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Castle, Williams, Long & Castle, for appellant. Dent, Dobyns & Freeman, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

John G. Erickson, appellee, v. Isidore J. Schiller, trading as I. J. Schiller & Company, appellant. Gen. No. 30,076.

Assumpsit for money had and received. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925. Rehearing denied December 17, 1925.

Loewenstein & Rabinoff, for appellant; Joseph E. Paulissen, of counsel. O'Brien, Rutledge & Hayes, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Joyce, Reynolds & Company, appellant, v. William Ganschow Company, appellee. Gen. No. 30,181.

Bill for commissions on sale of corporate stock, and for discovery and accounting. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925.

Slottow & Leviton, for appellant; Charles Leviton, of counsel. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Fred Simpson, trading as Acme Minerals Company, complainant and defendant in error, v. George H. Simpson et al., defendants. George H. Simpson et al., plaintiffs in error. Gen. Nos. 30,305, 30,306.

Error to the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on opinion in Gen. No. 30,039, *ante.* Opinion filed December 8, 1925. Rehearing denied December 21, 1925.

Ninian H. Welch, Charles W. Hadley and Clarence N. Boord, for plaintiffs in error. West & Eckhart, for defendant in error; William L. Bourland, of counsel.

Per curiam.